IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| KEITH MURAUSKAS #A0103209, | ) ) ) | CIVIL 09-00347 DAE-BMK |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| DEPARTMENT OF PUBLIC SAFETY, STATE OF HAWAII, | ) ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

ORDER ADOPTING ORDER GRANTING MOTION FOR RECONSIDERATION; VACATING ORDER OF TRANSFER; AND FINDINGS AND RECOMMENDATION TO REMAND

Findings and Recommendation having been filed and served on all parties on August 31, 2009, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "ORDER GRANTING MOTION FOR RECONSIDERATION; VACATING ORDER OF

TRANSFER; AND FINDINGS AND RECOMMENDATION TO REMAND," docket entry no. [9], are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, September 16, 2009.



_____
David Alan Ezra
United States District Judge

Keith Murauskas v Department of Public Safety, State of Hawaii, Civil No. 09-00347 DAE-BMK; ORDER ADOPTING ORDER GRANTING MOTION FOR RECONSIDERATION; VACATING ORDER OF TRANSFER; AND FINDINGS AND RECOMMENDATION TO REMAND